# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENNETH L. DIXON, | ) |
| Plaintiff, | ) |
| -vs- | ) CASE NO. 3:04-cv-266-DGW |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** The matter came before the Court on Complaint for review of a final decision of the Commissioner of Social Security.

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Donald G. Wilkerson on September 30, 2005, the final decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **GRANTED** in favor of Defendant and against Plaintiff. This case is **DISMISSED** with prejudice.

**DATED**: September 30, 2005

                                                **NORBERT G. JAWORSKI, CLERK**

                                                **BY:** s/ Robin M. Butler
                                                        Deputy Clerk

**Approved:**

    s/ Donald G. Wilkerson
       **United States Magistrate Judge**
       **Donald G. Wilkerson**